**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

EASTERN DISTRICT OF MISSOURI

Case number *(if known)* ______ Chapter **11**

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

**04/25**

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

**1. Debtor's name**

**Sentinel Group Holdings, LLC**

**2. All other names debtor used in the last 8 years**

Include any assumed names, trade names and *doing business as* names

**DBA Access Group Capital, LLC**
**DBA Axess Equity Partners, LLC**
**DBA Axess Group Holdings, LLC**

**3. Debtor's federal Employer Identification Number** (EIN)

**85-0577436**

**4. Debtor's address**

**Principal place of business**

**18500 Edison Avenue**
**Chesterfield, MO 63005**
Number, Street, City, State & ZIP Code

**Saint Louis**
County

**Mailing address, if different from principal place of business**

P.O. Box, Number, Street, City, State & ZIP Code

**Location of principal assets, if different from principal place of business**

Number, Street, City, State & ZIP Code

**5. Debtor's website** (URL)

**6. Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding LLP)
☐ Other. Specify: ______

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply*:

- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).
- ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
- ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
- ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
- ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| | | | | | |
|---|---|---|---|---|---|
| District | | When | | Case number | |
| District | | When | | Case number | |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| | | | |
|---|---|---|---|
| Debtor | | Relationship | |
| District | When | Case number, if known | |

**11. Why is the case filed in *this district?***

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? ____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other ____

**Where is the property?** ____

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency ____

Contact name ____

Phone ____

## Statistical and administrative information

**13. Debtor's estimation of available funds** .

*Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ■ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ■ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**Request for Relief, Declaration, and Signatures**

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **September 17, 2026**
MM / DD / YYYY

*X* **/s/ Ken Howard**
Signature of authorized representative of debtor

**Ken Howard**
Printed name

Title **Director**

**18. Signature of attorney**

*X* **/s/ J. Talbot Sant, Jr.**
Signature of attorney for debtor

Date **September 17, 2026**
MM / DD / YYYY

**J. Talbot Sant, Jr.**
Printed name

**Beck & Sant, LLC**
Firm name

**11775 Borman Drive**
**Suite 216**
**Saint Louis, MO 63146**
Number, Street, City, State & ZIP Code

Contact phone **636-240-3632** Email address **tal@beckandsantlaw.com**

**35324 MO**
Bar number and State

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Sentinel Group Holdings, LLC** |
| United States Bankruptcy Court for the: | **EASTERN DISTRICT OF MISSOURI** |
| Case number (if known): | |

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| **Name of creditor and complete mailing address, including zip code** | **Name, telephone number and email address of creditor contact** | **Nature of claim** (for example, trade debts, bank loans, professional services, and government contracts) | **Indicate if claim is contingent, unliquidated, or disputed** | **Amount of claim** If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **16650 Axess Equity, LLC<br>16650 Chesterfield Grove Road<br>Chesterfield, MO 63005** | | | | | | **$200,000.00** |
| **B. Douglass Morriss Jr.<br>18500 Edison Avenue<br>Chesterfield, MO 63005** | | | | | | **$187,279.02** |
| **Barnes Family Trust<br>2 Fordyce Manor Drive<br>Saint Louis, MO 63131** | | | | | | **$500,000.00** |
| **Birner Investments, LLC<br>135 Executive Estates Drive<br>Saint Louis, MO 63141** | | | | | | **$2,000,000.00** |
| **Blue Rivers Consulting, LLC<br>701 Crown Industrial Ct. #T<br>Chesterfield, MO 63005** | | | | | | **$490,388.70** |
| **D. Michael McDaniel<br>2257 Croydon Walk<br>Saint Louis, MO 63131** | | | | | | **$496,666.73** |
| **Foxdale Managment LLC<br>235 N Paulina<br>Chicago, IL 60612** | | | | | | **$161,245.33** |

Debtor **Sentinel Group Holdings, LLC**
Name

Case number *(if known)*

| **Name of creditor and complete mailing address, including zip code** | **Name, telephone number and email address of creditor contact** | **Nature of claim** (for example, trade debts, bank loans, professional services, | **Indicate if claim is contingent, unliquidated, or disputed** | **Amount of claim** If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **IntelinAir, Inc.<br>9510 N. Meridian St., Suite 200<br>Indianapolis, IN 46260** | | | **Disputed** | | | **$6,400,000.00** |
| **J Squared<br>18500 Edison Avenue<br>Chesterfield, MO 63005** | | | | | | **$878,666.56** |
| **John Notter<br>18500 Edison Avenue<br>Chesterfield, MO 63005** | | | | | | **$169,783.43** |
| **Joseph F. Buck / Minkler<br>5 Indian Hill<br>Saint Louis, MO 63124** | | | | | | **$200,000.00** |
| **Legacy VC Investment, LLC<br>94 1/2 King Street<br>Charleston, SC 29401** | | | | | | **$500,000.00** |
| **Michael Best Strategies<br>1 S Pickney St<br>Suite 700<br>Madison, WI 53703** | | | | | | **$163,000.00** |
| **Paul & Margaret Lochner<br>2424 Oak Springs Lane<br>Saint Louis, MO 63131** | | | | | | **$100,000.00** |
| **Pre Formation Advances<br>2257 Croydon Walk<br>Saint Louis, MO 63131** | | | | | | **$170,000.00** |
| **Ross Detwiler<br>19 Harbor Point<br>Lake Saint Louis, MO 63367** | | | | | | **$500,000.00** |
| **Strategic Holdings LLC<br>18500 Edison Ave.<br>Chesterfield, MO 63005** | | | | | | **$500,010.76** |

Debtor **Sentinel Group Holdings, LLC**
Name

Case number *(if known)*

| **Name of creditor and complete mailing address, including zip code** | **Name, telephone number and email address of creditor contact** | **Nature of claim** (for example, trade debts, bank loans, professional services, | **Indicate if claim is contingent, unliquidated, or disputed** | **Amount of claim** If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **The Revocable Living Trust Everette Till 507 Steven Street Perryville, MO 63775** | | | | | | **$150,000.00** |
| **Timothy L. Hassinger 15408 Bridgewater Club Blvd Carmel, IN 46033** | | | | | | **$650,000.00** |
| **Walden Macht 250 Vesey Street 27th Floor New York, NY 10281** | | | | | | **$144,344.09** |

16650 Axess Equity, LLC
16650 Chesterfield Grove Road
Chesterfield, MO 63005

Albion Partners, LLC
112 Lincoln Street
Glenview, IL 60025

Arash Amini
1173 Greystone Manor Pkwy
Chesterfield, MO 63005

Arindame Dutta
6 Tracks Court
Towaco, NJ 07082

B. Douglass Morriss Jr.
18500 Edison Avenue
Chesterfield, MO 63005

Barbara Reed Perkaus Trust
6180 N Lemont Avenue
Chicago, IL 60646

Barnes Family Trust
2 Fordyce Manor Drive
Saint Louis, MO 63131

Birner Investments, LLC
135 Executive Estates Drive
Saint Louis, MO 63141

Blue Rivers Consulting, LLC
701 Crown Industrial Ct. #T
Chesterfield, MO 63005

Carl Reed
TechX, LLC
147 Westervelt Avenue
Tenafly, NJ 07670

Chad S.C. Stover
Attorney for IntelinAir, Inc.
Barnes & Thornburg LLP
222 Delaware Avenue, Suite 1200
Wilmington, DE 19801

D. Michael McDaniel
2257 Croydon Walk
Saint Louis, MO 63131

Forsyth Investment Group LLC
2392 Grissom Drive
Saint Louis, MO 63146

Foxdale Managment LLC
235 N Paulina
Chicago, IL 60612

Greenberg Traurig
Terminus 200
3333 Piedmont Road NE Suite 2500
Atlanta, GA 30305

Healthy Head Healthy Body, LLC
2392 Grissom Drive
Saint Louis, MO 63146

Hein Schneider & Bond
2244 S. Brentwood Blvd.
Saint Louis, MO 63144

Husch Blackwell LLP
8001 Forsyth Boulevard
Suite 1500
Saint Louis, MO 63105

IntelinAir, Inc.
9510 N. Meridian St., Suite 200
Indianapolis, IN 46260

J Squared
18500 Edison Avenue
Chesterfield, MO 63005

Jeffrey Fisher
18500 Edison Avenue
Chesterfield, MO 63005

John Notter
18500 Edison Avenue
Chesterfield, MO 63005

Joseph F. Buck / Minkler
5 Indian Hill
Saint Louis, MO 63124

Legacy VC Investment, LLC
94 1/2 King Street
Charleston, SC 29401

Matthew B. Barr
Attorney for IntelinAir, Inc.
11 South Meridian
Indianapolis, IN 46204

Matthew S. Wolk Revocable Trust
107 Graybridge Road
Saint Louis, MO 63124

Michael Best (Legal)
1 S Pickney St
Suite 700
Madison, WI 53703

Michael Best Strategies
1 S Pickney St
Suite 700
Madison, WI 53703

Moline & Mehan
112 S. Hanley Road
Suite 200
Saint Louis, MO 63105

Morrison & Foerster LLP
425 Market Street
San Francisco, CA 94105

Nelson Mullins Riley & Scarborough LLP
1320 Main Street
17th Floor
Columbia, SC 29201

Notter Living Trust
9874 Northbridge Road
Saint Louis, MO 63124

Paul & Margaret Lochner
2424 Oak Springs Lane
Saint Louis, MO 63131

Praxis Group Consulting
18500 Edison Avenue
Chesterfield, MO 63005

Pre Formation Advances
2257 Croydon Walk
Saint Louis, MO 63131

Press Koral
7 World Trade Center, 46th Floor
New York, NY 10007

Ross Detwiler
19 Harbor Point
Lake Saint Louis, MO 63367

Steven Tilley
1418 W St Joseph Rd
Suite 90
Perryville, MO 63775

Strategic Holdings LLC
18500 Edison Ave.
Chesterfield, MO 63005

Syzygy
231 W 29th St.
Suite 606
New York, NY 10001

The Revocable Living Trust Everette Till
507 Steven Street
Perryville, MO 63775

Thomas Robbins
7159 Westmoreland Drive
Saint Louis, MO 63130

Timothy L. Hassinger
15408 Bridgewater Club Blvd
Carmel, IN 46033

Troutman Pepper
600 Peachtree St. NE
Suite 3000
Atlanta, GA 30308

UBGreensfelder
10 South Broadway
Suite 2000
Saint Louis, MO 63102

Valadez & Assoc.
PO Box 31
Sahuarita, AZ 85629

Walden Macht
250 Vesey Street
27th Floor
New York, NY 10281

# United States Bankruptcy Court
## Eastern District of Missouri

In re **Sentinel Group Holdings, LLC** Case No.
Debtor(s) Chapter **11**

### CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Sentinel Group Holdings, LLC** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Forsyth Investment Group LLC**
**18500 Edison Avenue**
**Chesterfield, MO 63005**

☐ None [*Check if applicable*]

**September 17, 2026**
Date

**/s/ J. Talbot Sant, Jr.**
**J. Talbot Sant, Jr.**
Signature of Attorney or Litigant
Counsel for **Sentinel Group Holdings, LLC**

**Beck & Sant, LLC**
**11775 Borman Drive**
**Suite 216**
**Saint Louis, MO 63146**
**636-240-3632 Fax:636-240-6803**
**tal@beckandsantlaw.com**