# Memorandum

**Office of the United States Trustee**
Thomas F. Eagleton U. S. Courthouse
111 South10th Street, Suite 6353
St. Louis, MO 63102
(314) 539-2976; FAX 539-2990

---

**SUBJECT:**

Chapter 11 Creditors' Meeting

**DATE:** September 22, 2026

---

TO: Debtor's Counsel

Office of General Counsel
Missouri Department of Revenue

FROM: /s/ Paul A. Randolph
Assistant U. S. Trustee

The following Chapter 11 cases are set for hearing pursuant to 11 U.S.C. § 341 on the date, time, and location indicated below.

Pursuant to Local Bankruptcy Rule 2002-2, the notice of commencement of case and meeting of creditors will be sent by the Court unless a party is authorized by the Court to provide said notice.

**§ 341 Meeting of Creditors** – October 22, 2026 at 1:00 p.m.
**U. S. Trustee Attorney** – Joseph Schlotzhauer

**Re:**
Sentinel Group Holdings, LLC, Case No. 26-44049

**Location:**

[✓] TELECONFERENCE: Conference Line 1-888-330-1716, Participant Code 8420186