**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In Re: | ) | Case No. 26-44049-659 |
| | ) | |
| SENTINEL GROUP HOLDINGS, LLC, | ) | Honorable Kathy Surratt-States |
| | ) | |
| Debtor. | ) | Proceedings Under Chapter 11 |
| | ) | |
| | ) | Related Doc No.: 44 |

**ORDER APPROVING ON AN INTERIM BASIS THE APPLICATION FOR AUTHORITY TO EMPLOY THE SIMON LAW FIRM, P.C., AS SEPECIAL LITIGATION COUNSEL FOR THE DEBTOR**

On October 30, 2026, the Debtor filed the Application for Authority to Employ The Simon Law Firm, P.C., ("Simon Firm") as Attorneys for the Debtor (the "Application"). Upon consideration of the Application, the Declaration of Anthony ("Tony") G. Simon, and the matters reflected in the record, the Court **ORDERS**:

(1) the Application be **APPROVED** on an **INTERIM** basis, pursuant to Section 327(e) of the Bankruptcy Code, on the terms set forth in the Application and supporting papers;

(2) Simon Firm be compensated in accordance with Sections 328, 330 and 331 of the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, the Local Rules, and orders of this Court; and

(3) the Application be considered for relief on a final basis on **November 20, 2026, at 1:30 p.m., in Courtroom 7 North of the Thomas F. Eagleton United States Courthouse, 111 S. 10th St., St. Louis, MO 63102**.

The Debtor is directed to serve a copy of this Order on all parties entitled to service no later than two (2) business days after entry of this Order and to file a certificate of service forthwith thereafter within 24 hours.

Kathy A. Surratt-States

KATHY A. SURRATT-STATES
United States Bankruptcy Judge

DATED: November 12, 2026
St. Louis, Missouri
jjh